UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL GAISIE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TERI GONZALEZ, Warden,<br><br>　　　　Respondent. | NO. CV 11-8454 DDP (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: ___May 29___, 2012.

　　　　　　　　　　　　　　　　　　　　/s/ Dean D. Pregerson
　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE