# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL GAISIE, | NO. CV 11-8454 DDP (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| TERI GONZALEZ, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: _May 29_, 2012.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE